THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Jeffrey Flowers,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI

Appeal From Greenville County
John W. Kittredge, Guilty Plea Judge
Henry F. Floyd, Post-Conviction Relief Judge

Memorandum Opinion No. 2005-MO-018
Submitted April 20, 2005  Filed May 9, 2005

DISMISSED AS IMPROVIDENTLY
GRANTED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, of Columbia, for Petitioner.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Christopher L. Newton, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful consideration of the appendix and briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.